# EXHIBIT A

## IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

*Alenea McKeever Living Man "* Case No.: 18CV 4804-3
*Secured Party ALFENZA McKeever 3-*
*and for The Kennedi Associates Inc*

*and ALL OTHERS.*
_____
Plaintiff

VS

*LSCG FUND 19, LLC and*
*LSCG FUND 19-1, LLC and*
*BRANCH BANK AND TRUST*
*COMPANY and ALL OTHERS*
_____
Defendant

# SUMMONS

## TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said court at https://efilega.tylerhost.net/ofsweb and serve upon the Plaintiff's attorney, whose name, address and email is:




An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ____2ud____ day of __May__ , 20 _18_ .


Honorable Debra DeBerry
Clerk of Superior Court

By _Shauna Hayner_
Deputy Clerk

E-Filing and E-Service

Pursuant to the Superior Court of DeKalb County's E-File Order, dated December 27, 2016, and available at www.dksuperiorclerk.com/civil, the parties must file all documents electronically through eFileGA unless expressly exempted under the Rule. All orders and notices from the Court will be electronically filed and served through eFileGA. The parties must register for an eFileGA account, link their service contact information with the case and the party represent, and take whatever steps are necessary to ensure that correspondence from eFileGA reaches the parties' inboxes. To access eFileGA, please go to http://www.odysseyefilega.com/


Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

# AUTOMATIC STAY SALE OF PROPERTY 2035 South Hairston Road Stone Mountain, GA 30088

# PENDING MECHANICS LEIN AND LAWSUIT COMPLAINT

FOR THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| Alfonza McKeever Jr " Living Man" | ) |
| Secured Party ALFONZA MCKEEVER JR | ) |
| and /or THE KENNEDI ASOCIATES INC | ) |
| and ALL OTHERS | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| LSCG FUND 19LLC and LSCG FUND 19-1LLC | ) |
| BRANCH BANK AND TRUST COMPANY | |
| and ALL OTHERS | |
| Defendant | |

Case No.

TRIAL BY JURY  18CV 4804-3

---

VERIFIED COMPLAINT and MORTGAGE FRAUD COMPLAINT
VALIDATION OF LOAN , MORTGAGE , NOTE , SERCURITY DEED,
CONTINUE AMENDED COMPALINT , MISREPRESENTATION,TRIAL BY JURY

---

COME NOW Plaintiff sues Defendant and alleges base upon personal knowledge as to a plaintiff own conduct, and upon the basis of information and belief as to all matters .Plaintiff information and belief is based, among other things, on documents generated by or on the behalf of the Defendant where reveal the Defendant Knowing participation in fraudulent scheme detailed in this claim.

## A.THE NATURE OF ACTION

This is a action for triple damages , cost and attorney fee's under 18 U.S.C. 1964(c) of the Federal Racketeer Influenced and Corrupt Organization Act(RICO) 18 U.S.C. 1961-1968 Arising out of ongoing patterns of mortgage Fraud being conducted by the defendant and the non-party malfeasants in violation of 18 U.S.C. 1962(c) of the Georgia and the northern Carolina and Florida 817.545.

## B. THE PARTIES

1. Plaintiff is Alfonza McKeever jr and THE KENNEDI ASSOCIATES INC and ALL OTHERS Delores Ellis"heir's",  RobertEllis , Joe An McKeever 4020 Berry Hill Trail Stone Mountain GA 30083

1.

2. Defendant  LSCG FUND 19 ,LLC LSCG ,LSCG FUND 19-1,LLC and  BRANCH BANKING AND TRUST COMPANY ( a North Carolina state banking corporation)
6475 Sugarloaf Pkwy Duluth  GA 30097-4092

## C. JURISDICTION and VENUE

3. This Court Has Original Jurisdiction to hear Plaintiff Civil RICO claim under 18 U.S.C. 1964 (c) in accordance with the decision of the United States Supreme Court in  Tafflin v. levitt,493 U.S.455 (1990) .

4. The Court has venue jurisdiction over  the mortgage Fraud conducted in connection to the subject property in DEKALB COUNTY under the Georgia Statue and Florida Statue817 545(4)(a)&(b)

5. Defendant is the successor in interest to the party identified as the LENDER in the Promissory NOTE and mortgage date April 2,2007 .

## D. The RICO Person

6. Defendnt has assumed legal rights, duties and liabilities that run with the promissory note .

7. Defendant  Fraudulently misrepresented the value of the subject Property and misrepresented the loan -to- fair- market.value ratio base upon a false and inflated appraisal overstating the property value , conducted as part of a pattern of racketeering activity by the non-party malfeasants ( a Liar's loan Enterprise ).

## E. Statement regarding loan Definition

8. Within the mortgage lending industry ,term "prime" loan means a safe mortgage loan a borrower who is regarded as being highly creditworthy, has no obvious financial difficulties and good payment record, and is therefore very likely to repay the loan , Fannie Mae , which is the largest secondary market buyer of mortgage loans established the "prime" standard-chance lending

## The RICO Enterprise

9. BB&T a  Liar's Loan Enterprise consist of hundred of entities making up the national subprime mortgage industry, whose top executives operate these companies as control frauds ( a financial weapon against society) by rigging financial incentives within the industry to reward a nationwide pattern of brokering originating , as securities, selling into.a secondary market, servicing and foreclosing on wrath the industry insiders dubbed as "liar's and Lyon " which are state income mortgage loans made with no income verification no or little documentation, no

2.

10.underwriting , a false and inflated appraisal overstating the property value , and understated loan- to-fair-market ratio. BBT&T and LSCG FUND,LLC The Liars LOAN Enterprise ia a subject of the national mortgage lending industry. See Exhibit 3: Public Policy Issues by the Report of

11. Lehman Bankruptcy examiner: Hearing before he Committee on financial Service United States House of representatives April 20,2010

F

12, BB&T Successor LSCG FUND 19,LLCfailed to underwrite the Appraisal correctly to induce mortgage fraud , Fannie Mae , Commercial law and the UCC Law Require and Expects the lender to place much emphasis on underwriting the property and reviewing the Appraisal as on underwriting the borrower's Creditworthiness BB&T fail to Appraise the correct content of the building, which their own appraisal admitted the at fault appraisal which was over Appraised which had a reverse equity effect caused by BB&T borrower Agued for BBT Reverse the Loan to the correct appraisal they refused , which cause significant downward effect on the mortgage note , which cause by BBT at fault borrower will seek property sale reverse , and quick deed back to the plaintiff which was paid for with no debt , Plaintiff seek RECUPMENT AND SETOFF ,LOAN REVERSAL  QUICK CLAIM DEED  PROPERTY BACK to Alfonza Mckeever and/or THE KENNEDI ASSOCIATES INC and ALL OTHERS  , BB&T Provided a Contract with Fraudulent false perception by filing a proof of claim knowing all the intentionally   fraud and misrepresentation BB&T did NOT follow the uniform Standard of Appraisal practice  BB&T , LSCG failed violated title 15 commerce and Trade  chapter 41 consumer credit Protection and Subchapter I-consumer credit cost disclosure  see Exhibit (A) Appraisal Values
G.
13.                        BB&T Violated Statement Regarding Real Estate Appraisals
 Title 12 united States Code , Banks and Banking regulates the national mortgage lending industry and requires a lender to order a appraisal adequately of the property prior to originating a mortgage loan securing a lien against the property , whenever the transaction is federally related ( involving borrower an entity regulated an monitored and reported or connected to a Mortgage-Backed security see 12 U.S.C.3342

14. BB&T ,LSCG  has violated The Financial Institution Reform, Recovery and Enforcement Act of 1989 (FIRREA Pub.L. 101--73, 103Stat. 183,enacted August,1989, is a United States fedeal law enacted in the wake of the saving and loan crisis of the 90"s and 2000"s Title XI of 12 U.S.C. 3331-3351 created a oversight structure for appraisal the in state , federal and private entities

3.

violating the Office of Thrift Supervision (OTS) under my own investigation and OTS uncovered many instances in BBT loan and improper Appraisals. After reviewing 2220 loan file the OTS Experts and Alfonza McKeever Jr found numerous instances we identified , because of the undue influence on appraiser, values were increased without supporting documentation".

15. Alfonza Mckeever and OTS investigation also concluded that BB&T included a plethora was not in compliance with the Uniform Standard of Professional Appraisal Practices and other minimum appraisal standards.

16.                                       H. The Statue of Limitations

" Injury discovery" is a default method of statue of limitations accrual in many federal action , including RICO . See Pacific Harbor Capital, Inc. v. Barnett Bank, N.A.., 252F.3d 1246 (11th Cir.2001) (citing Rotella v. Wood, 528 U.S.549 (2000):

17.The Statue of Limitation. We assume , without needing to decide , that the statue of Limitation

period starts from the date of discovery of the injury. Under the injury discovery rule , unless tolled , the statute of limitation under RICO s Four years from the date the Plaintiff knew of it injuryit ws injured , Rotella, 528 U.S549,552-53,120 S.Ct. 1075,145 L.Ed. d 1047 (2000)

18.Under the injury discovery rule, an action accrues on the earlier of the date on which the actionable injury in fact is discovered or should or should have been discovered by exercise of reasonable diligence . The Actual date triggers the period of limitation, which ia four years from the date the Plaintiff knew he was injured. in others words , the Statue of limitation is suspended or "tolled " until the plaintiff knows that he or she has an actionable injury in th fact and then has four years file suit

19.Plaintiff actionable injury in fact accrued on may 24, 2018 discovery of injury though Plaintiff exercise of reasonable diligent, This suit is timely filed within the four years statue of limitations starting from the date the Plaintiff knew in fact he was injured.

I. The basis of Alleged Liability

20.defendant alse representation are the actual and proximate cause of damage to plaintiff.

21.The United States Court of Appeal for the Six Circuit explains plaintiff theory of damages in the case In re Sallee, 286f.2863dd 8786th Cir.2002, as follows:

in Kentucky , when a party is induced by a fraudulent misrepresentation to enter into contract, that party must elect to either: (1) " affirm the contact and discover damages in tort for fraud ;

(2) affirm the contract and recover the consideration with which he has parted "H.C> Hanson v. Am National Bank & Trust Co. 865 S.W2d 302, 306 (ky.1993)- The Election required is between the available remedies--affirm the contract and claiming or rescinding the Contract. Sandford Constr,co. v. S & H

22. Contractors, Inc, 443 S.W.2d 227,236 (ky.1969

23. Under the Kentucky law , as found by the majority, the Sallees may recover the difference between the value of the property as its was fraudulently represented and the actual value of the subject property .Dempsey v. Marshall

24.Rescission of contract is not a meaningful remedy in the context of Defendant predatory scheme of inducing Plaintiff to sign a promissory note and a mortgage exceeding the value of the subject property. Plaintiff therefore elects to affirm these Contracts and recover damages in tort for fraud.

25.Accordingly, Plaintiff seeks to recover the difference between the value of he subject Property as it was fraudulently represented and actual value of the property at the time of the signing of the loan and mortgage contract

26. Defendant Represented the value of the subject  Property at the time f of the  subject of the loan and mortgage documents a BB&T Company  Successor LSCG
EXHIBIT

27. Property appraiser for  DEKALB COUNTY assessed the value of subject property during the year
April 30 , 2008 ,DEKALB County TAX Appraisal
EXHIBIT

25. The DEKALB county appraisal of the value of the subject Property a Public legal appraisal reflecting  the government position on the actual fair market value of the a property the particular year at issue , upon which the county property taxes are accessed . The Government assessment of the value
the property is consist with 110 tear mean for housing prices as adjusted for inflation of the currency

29. Defendant representation of the value of the subject property is inflated egregiously above the amount of the county appraisal

30. The difference between the two is the difference $ 230,000.00.

31. The actual damage in the amount of   $690,000.00 RICO to RICO damages.

32. The mortgage loan is called the benefit of the bargain " which must repaid when the affirming the contract and claiming the damages for fraud in inducement.

33. The balance of the loan is set off from the RICO damages, and credited to any existing mortgage loan balance.

34. The loan of the Plaintiff was $ 490,000.00

35. BB&T appraisal wrong induced Appraisal of $ 720,000.00.

36. Defendant is liable for Plaintiff in the amount RICO $720, 000.00 minus $490,000.00 together with the satisfaction of mortgage damage minus set-off against loan balance of $230,000.00together with reason able terms for Plaintiff to entitled recoupment and quick claim Deed to the Plaintiff to remain the land owner because Plaintiff was induced from upon the court

J.

37. BB&T and LSCG FUND 19 LLC Fraud and ALL OTHER Violation

A. False Notarization

B. Forge Signatures

C.Assignment Record After Notice of Default

D. servicer illegally named beneficiary

E. Impossible Beneficiary named

F. Question attorney of Fact Designation

G.Questionable agency designation

H. Missing false Beneficiary or forged substitution

I. used Defunct Lenders

J. MERS Receiving / assignment value without Authority

K Violation of OCC Cease & desist Order

l.Contempt of Court on Consent judgment

REQUESTST FOR RELIEF: To Quick Claim Deed property of 2035 South Hairston Road Stone Mountain GA 30088 to Plaintiff and/or award 3 times the damage to Plaintiff committed by Defendants under RICO mortgage racketeering. *AUTOMATIC STAY SALE OF property @ 2035 South HAIRSTON Road   6. DECATUR Georgia 30088*

## REQUEST FOR RELIEF

Wherefore , Plaintiff demand judgment against the Defendant for actual , consequential, and potential Damages, together with discharge of the lis pendens; reverse foreclosure quick Deed to the plaintiff  satisfaction of the mortgage ; cancellation of the note attorney, attorney fee's pursuant to the mortgage on documents based on reciprocity of contract  , Common Law Fraud and Georgia statue , and UCC Law , Commercial contract LAW , Violation of validating the loan , mortgage , NOTE . Security Deed, including sanction for raising unsupported Claims and Proof Claim without a bond   or defenses , and damages for delay in litigation, repair of any and damage to Plaitiff Credit History ; interest; cost; and such other relief the court deems just and proper, further. Plaintiff demands trial by jury on all issues so triable by Law.

Respectfully submit to the court on May 1 2018
J

Alfonza McKeever Jr

4020 Berry Hil Trail

Stone Mountain Ga 30083

4049342277

Alfonza Mckeever Jr "Living Man "

Pro Se

*Notary*   5/1/18

*Exp · 12/01/20*

Stanley Karl Dent
NOTARY PUBLIC
Fulton County, GEORGIA
My Comm. Expires 12/01/2020

5/1/2018

$(Exhibit \; A)$

@dekalbcountyga.gov>                                    Tue, May 1, 2018 at 1:12 PM

2035 S HAIRSTON RD

| Tax Year | Class | Land | Building | Total |
|----------|-------|------|----------|-------|
| 2017 | C3 | | | |
| 2016 | C3 | | | |
| 2015 | C3 | | | |
| 2014 | | | | |
| 2013 | | | | |
| 2012 | C3 | | | |
| 2011 | C3 | | | |
| | C3 | | | |
| 2009 | C3 | | | |
| 2008 | C3 | 191,500 | 68,900 | 260,400 |
| 2007 | C3 | 191,500 | 68,900 | 260,400 |

CERTIFICATE OF SERVICE

This is to certify that i have this __/__ day of _____,2018 served the following in the foregoing matter with a copy of this Notice of Verified Complaint by depositing same in the U.S. Mail in a properly addressed envelope with adequate postage thereon addressed to:

Branch Banking and Trust Company
6475 SUGARLOAF PKWY
DULUTH GA 30097-4092

BB&T Servicing Agent
CT Corporation Systems
1201 Peachtree Street NE
Atlanta GA 30361

LSCG FUND 19, LLC
Corporation Servicing Company
40 Technology Pkwy South Suite 300
Norcross GA 30092

LSCG FUND 19 ,LLC 13471540
13949 Ventura Blvd Suite 300
Sherman Oaks California 91423

This the __/__ day of _____,2018

Affonza McKeever Jr Living Man
Pro Se

4020 Berry Hill Trail
Stone Mountain GA 30083
404 934 2277

Point-of-Sale Payments                                                Page 1 of 1

 **NIC** the people behind eGovernment

NIC Services, LLC

# Your Receipt

PURCHASE RECEIPT
**DeKalb Clerk of Superior Court
Accounting**
556 N. McDonough Street
Decatur, GA 30030
(404)371-2836
OTC Local Ref ID: 24858498
5/2/2018 05:10 PM

| | |
|---|---|
| Status: | **APPROVED** |
| Customer Name: | MCKEEVER/ ALFONZA |
| Type: | Visa |
| Credit Card Number: | **** **** **** 6679 |

**NICServices total amount charged**          USD$243.76

| Items | Location | Quantity | TPE Order ID | Total Amount |
|---|---|---|---|---|
| General Civil | Accounting | 1 | 27732690 | $214.00 |
| Case Number: **Env#2472062** | | | | |
| Additional Party (Plaintiff Defendant) | Accounting | 3 | 27732690 | $24.00 |
| Case Number: **Env#2472062** | | | | |
| Service Fee | Accounting | 1 | 27732692 | $5.76 |
| Amount Remitted | | | | $243.76 |

Signature

RECORDING REQUESTED BY                )

                                      )

AND WHEN RECORDED MAIL TO:            )

NAME                                  )

STREET                                )

ADDRESS                               )

CITY, STATE &                         )

ZIP CODE                              )

_____

                        SPACE ABOVE THIS LINE FOR

                        RECORDER'S USE ONLY

## MECHANIC'S LIEN

### O.C.G.A. § 44-14-360 et. Seq.

The undersigned, Alfonza McKeever Jr. referred to in this claim of
lien as claimant, claims a mechanic's lien for the labor,
services, equipment and/or materials described below, furnished
for a work of improvement upon that certain real property
located in the county of __DEKALB__, State of __Georgia__, and
described as follows: Street Address: _DEKALB 2035 South Hairston Road_
_Stone Mountain GA 30088_     ( See attached Exhibit A, Legal
description of the property)

**This claim of lien expires and is void 395 days from the date**

**of filing of the claim of lien if no notice of commencement of lien**

**action is filed in that time period. (pursuant to O.C.G.A. 44-14-367.**

After deducting all just credits and offsets, the sum of
__$ 490.000.00,__    together with the interest thereon at the rate of 3
percent per annum from __August 18,2013__ is due claimant for the
works described in the attached exhibit B.

The name of the person or company by whom claimant was
employed, or to whom claimant furnished labor, services,
equipment and/or materials is  Alfonza McKeever Jr "Living Man"
and/or The Kennedi Associates Inc

   The name(s) and address(es) of the owner(s) or reputed
owner(s) of the real property is/are:

~~Alfonza McKeever, 4020 Berry Hill Trail, Stone Mountain, GA.~~
~~30083~~ LSCC FUND 19-1, LLC 2035 South Hairston Road Stone Mounta
Georgia 30088
Delores Ellis ( probated) 4020 Berry Trail Stone mountain GA 30083
LSCC FUND 19, LLC 2035 South Hairston Road Stone Mountain
Georgia 30088
The Kennedi Associates Inc 4020 Berry Hill Trail Stone Mountain GA 30083
13949 Ventura Blvd suite 300 Sherman Oaks, California  91423

                    Name of Claimant  Alfonza McKeever Jr

                    By _____

                       (Signature of Claimant )

                                  Witness  Valencia Snow

NOTARY _____

F.I.P Date  12/01/20


**Stanley Karl Dent**
**NOTARY PUBLIC**
**Fulton County, GEORGIA**
**My Comm. Expires 12/01/2020**

**VERIFICATION**

I, the undersigned, state that I am Alfonza McKeever Jr the claimant named in the foregoing claim of mechanics' lien; I am authorized to make this verification and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of Georgia that the foregoing is true and correct.

Executed on _____August 21,2013_____, at _2035 Hairston Road Stone Mountain GA 30088_

NOTARY                    5/1/18

EXP. TATE

Alfonza McKeever Jr "Living Man"

WITNESS Valencia Sims

**Stanley Karl Dent**
**NOTARY PUBLIC**
**Fulton County, GEORGIA**
**My Comm. Expires 12/01/2020**

EXHIBIT A

Property Description 2035 South Hairston Road Stone Mountain Georgia 30088 commercial

building 2 story Brick , Metal and Wood 2.0 acres

DEED BOOK 21991 Pg 98
Linda Carter
Clerk of Superior Court
DeKalb County, Georgia

**EXHIBIT A**

**Legal Description**

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 161 of the 15th District of DeKalb County, Georgia, being more particularly described as follows:

To find the TRUE POINT OF BEGINNING, begin at an iron pin placed on the western right-of-way of South Hairston Road (right-of-way varies) a distance of 131.79 feet northerly as measured along said right-of-way line from the easternmost point of the mitre line at the intersection of the western right-of-way line of South Hairston Road and the northeastern right-of-way of Covington Highway (a/k/a U.S. Highway 278 and State Route Number 12 – right-of-way varies); thence along the western right-of-way line of South Hairston Road North 14 degrees 07 minutes 04 seconds East a distance of 144.86 feet to a concrete monument; thence continuing along the western right-of-way line of South Hairston Road North 20 degrees 12 minutes 12 seconds East a distance of 99.24 feet to a concrete monument found; thence continuing northwesterly along the western right-of-way line of South Hairston an arc distance of 204.90 feet to a concrete monument found (said arc being subtended by a chord having a bearing of North 05 degrees 11 minutes 35 seconds East and a distance of 204.13 feet); thence continuing along said right-of-way line North 03 degrees 25 minutes 32 seconds West a distance of 43.34 feet to a point; thence leaving said right-of-way and running North 75 degrees 59 minutes 35 seconds West a distance of 256.97 feet to a point; running thence North 14 degrees 24 minutes 40 seconds East a distance of 50.0 feet to a point; running thence North 75 degrees 59 minutes 35 seconds West a distance of 124.95 feet to a point and the TRUE POINT OF BEGINNING of the tract herein described, said TRUE POINT OF BEGINNING also being the northwestern corner of the land described in and conveyed by Special Warranty Deed recorded in Deed Book 9649, Page 568, Records of DeKalb County, Georgia; from the TRUE POINT OF BEGINNING as thus established, running thence South 00 degrees 48 minutes 24 seconds West along the western boundary line of the land described in the aforesaid deed, a distance of 206.83 feet to a point; running thence North 74 degrees 09 minutes 23 seconds West a distance of 92.00 feet to a point; running thence North 00 degrees 48 minutes 24 seconds East a distance of 206.83 feet to an iron pin found; running thence South 75 degrees 59 minutes 35 seconds East a distance of 100.0 feet to a point and the TRUE POINT OF BEGINNING.

2642659v1

EXHIBIT B

SEE ATTACHED SUMMARY OF INVESTMENTS (Descriptin of laor,

service, equiptment and / or material;

SUMMARY OF INVESTMENTS
2035 South Hairston Road  Stone Mountain GA  30088

| Owner Investor Al Mckeever Bldg Ivst Remarks | Orig Cost Improves | Cost of Date | Improvement | Total Investm |
|---|---|---|---|---|
| 1. Wooded Lot  removed and  developed | 40,000 | | | 40,000 |
| 2.Concrete paving | 50,000 | | | 50,000 |
| 3. plumbing | 30,000 | | | 30,000 |
| 4. Gas Pipe & Installed | 15,000 | | | 15,000 |
| 5 .  Electrical and parking Lights | 60,000 | | | 60,000 |

Alfonza Mckeever Paid  195,000 develop Land  building

building developed and paid for! before receiving loan

---

6.  Construction  Build Bldg  BB&T LSCG FUND 19 LLC    490,000            490,000
     interior &  exterior included renovation BB&T induced Appraisal
on act Fault of" fraud in the inducment" Inflated appraisal ,, Federal Civil RICO Statues

## IN THE SUPERIOR COURT OF DEKALB COUNTY
### STATE OF GEORGIA

*Altenia McKeever Living Man*
*Secured Party Alfenza McKevee Sr*
*and/or The Kennedi Associates Inc*
*and ALL OTHERS.*

Case No.: **18CV 4804-3**

Plaintiff

VS

*LSCG fund 19. LLC and*
*LSCG fund 19-1, LLC and*
*Branch Bank and Trust*
*Company and ALL OTHERS*

Defendant

# SUMMONS

**TO THE ABOVE NAMED DEFENDANT(S):**
You are hereby summoned and required to file electronically with the Clerk of said court at
https://efilega.tylerhost.net/ofsweb and serve upon the Plaintiff's attorney, whose name, address and email is:

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons
upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.

This _____2 nd_____ day of _____May_____, 20 _18_ .

Honorable Debra DeBerry
Clerk of Superior Court

By _____Shauna Hayner_____
Deputy Clerk

E-Filing and E-Service

Pursuant to the Superior Court of DeKalb County's E-File Order, dated December 27, 2016, and available at www.dksuperiorclerk.com/civil, the
parties must file all documents electronically through eFileGA unless expressly exempted under the Rule. All orders and notices from the Court will
be electronically filed and served through eFileGA. The parties must register for an eFileGA account, link their service contact information with the
case and the party represent, and take whatever steps are necessary to ensure that correspondence from eFileGA reaches the parties' inboxes. To
access eFileGA, please go to http://www.odysseyefilega.com/

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

# AUTOMATIC STAY SALE OF PROPERTY 2035 South Hairston Road Stone Mountain, GA 30088

# PENDING MECHANICS LEIN AND LAWSUIT COMPLAINT

FOR THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| Alfonza McKeever Jr " Living Man" | ) | |
| Secured Party ALFONZA MCKEEVER JR | ) | |
| and /or THE KENNEDI ASOCIATES INC | ) | Case No. |
| and ALL OTHERS | ) | |
|  Plaintiff | ) | |
| | ) | TRIAL BY JURY  18CV 4804-3 |
| v. | ) | |
| | ) | |
| LSCG FUND 19LLC and LSCG FUND 19-1LLC | ) | |
| BRANCH BANK AND TRUST COMPANY | | |
| and ALL OTHERS | | |
|  Defendant | | |

---

VERIFIED COMPLAINT and MORTGAGE FRAUD COMPLAINT
VALIDATION OF LOAN , MORTGAGE , NOTE , SERCURITY DEED,
CONTINUE AMENDED COMPALINT , MISREPRESENTATION,TRIAL BY JURY

---

COME NOW Plaintiff sues Defendant and alleges base upon personal knowledge as to a plaintiff own conduct, and upon the basis of information and belief as to all matters .Plaintiff information and belief is based, among other things, on documents generated by or on the behalf of the Defendant where reveal the Defendant Knowing participation in fraudulent scheme detailed in this claim.

### A.THE NATURE OF ACTION

This is a action for triple damages , cost and attorney fee's under 18 U.S.C. 1964(c) of the Federal Racketeer Influenced and Corrupt Organization Act(RICO) 18 U.S.C. 1961-1968 Arising out of ongoing patterns of mortgage Fraud being conducted by the defendant and the non-party malfeasants in violation of 18 U.S.C. 1962(c) of the Georgia and the northern Carolina and Florida 817.545.

### B. THE PARTIES

1. Plaintiff is Alfonza McKeever jr and THE KENNEDI ASSOCIATES INC and ALL OTHERS Delores Ellis"heir's",  RobertEllis , Joe An McKeever 4020 Berry Hill Trail Stone Mountain GA 30083

1.

2. Defendant  LSCG FUND 19 ,LLC LSCG ,LSCG FUND 19-1,LLC and  BRANCH BANKING AND TRUST COMPANY ( a North Carolina state banking corporation)
6475 Sugarloaf Pkwy Duluth  GA 30097-4092

C. JURISDICTION and VENUE

3. This Court Has Original Jurisdiction to hear Plaintiff Civil RICO claim under 18 U.S.C. 1964 (c) in accordance with the decision of the United States Supreme Court in  Tafflin v. levitt,493 U.S.455 (1990) .

4. The Court has venue jurisdiction over  the mortgage Fraud conducted in connection to the subject property in DEKALB COUNTY under the Georgia Statue and Florida Statue817 545(4)(a)&(b)

5. Defendant is the successor in interest to the party identified as the LENDER in the Promissory NOTE and mortgage date April 2,2007 .

D. The RICO Person

6. Defendnt has assumed legal rights, duties and liabilities that run with the promissory note .

7. Defendant  Fraudulently misrepresented the value of the subject Property and misrepresented the loan -to- fair- market,value ratio base upon a false and inflated appraisal overstating the property value , conducted as part of a pattern of racketeering activity by the non-party malfeasants ( a Liar's loan Enterprise ).

E. Statement regarding loan Definition

8. Within the mortgage lending industry ,term "prime" loan means a safe mortgage loan a borrower who is regarded as being highly creditworthy, has no obvious financial difficulties and good payment record, and is therefore very likely to repay the loan , Fannie Mae , which is the largest secondary market buyer of mortgage loans established the "prime" standard-chance lending

The RICO Enterprise

9. BB&T a  Liar's Loan Enterprise consist of hundred of entities making up the national subprime mortgage industry, whose top executives operate these companies as control frauds ( a financial weapon against society) by rigging financial incentives within the industry to reward a nationwide pattern of brokering originating , as securities, selling into.a secondary market, servicing and foreclosing on wrath the industry insiders dubbed as "liar's and Lyon "  which are state income mortgage loans made with no income verification no or little documentation, no

2.

10.underwriting , a false and inflated appraisal overstating the property value , and understated loan- to-fair-market ratio. BBT&T and LSCG FUND,LLC The Liars LOAN Enterprise ia a subject of the national mortgage lending industry. See Exhibit 3: Public Policy Issues by the Report of

11. Lehman Bankruptcy examiner: Hearing before he Committee on financial Service United States House of representatives April 20,2010

F

12, BB&T Successor LSCG FUND 19,LLCfailed to underwrite the Appraisal correctly to induce mortgage fraud , Fannie Mae , Commercial law and the UCC Law Require and Expects the lender to place much emphasis on underwriting the property and reviewing the Appraisal as on underwriting the borrower's Creditworthiness BB&T fail to Appraise the correct content of the building, which their own appraisal admitted the at fault appraisal which was over Appraised which had a reverse equity effect caused by BB&T borrower Agued for BBT Reverse the Loan to the correct appraisal they refused , which cause significant downward effect on the mortgage note , which cause by BBT at fault borrower will seek property sale reverse , and quick deed back to the plaintiff which was paid for with no debt , Plaintiff seek RECUPMENT AND SETOFF ,LOAN REVERSAL QUICK CLAIM DEED  PROPERTY BACK to Alfonza Mckeever and/or THE KENNEDI ASSOCIATES INC and ALL OTHERS  , BB&T Provided a Contract with Fraudulent false perception by filing a proof of claim knowing all the intentionally  fraud and misrepresentation BB&T did NOT follow the uniform Standard of Appraisal practice  BB&T , LSCG failed violated title 15 commerce and Trade  chapter 41 consumer credit Protection and Subchapter l- consumer credit cost disclosure  see Exhibit (A) Appraisal Values
G.
13.                     BB&T Violated Statement Regarding Real Estate Appraisals
Title 12 united States Code , Banks and Banking regulates the national mortgage lending industry and requires a lender to order a appraisal adequately of the property prior to originating a mortgage loan securing a lien against the property , whenever the transaction is federally related ( involving borrower an entity regulated an monitored and reported or connected to a Mortgage-Backed security see 12 U.S.C.3342

14. BB&T ,LSCG  has violated The Financial Institution Reform, Recovery and Enforcement Act of 1989 (FIRREA Pub.L. 101--73, 103Stat. 183,enacted August,1989, is a United States fedeal law enacted in the wake of the saving and loan crisis of the 90"s and 2000"s Title XI of 12 U.S.C. 3331-3351 created a oversight structure for appraisal the in state , federal and private entities

3.

violating the Office of Thrift Supervision (OTS) under my own investigation and OTS uncovered many instances in BBT loan and improper Appraisals. After reviewing 2220 loan file the OTS Experts and Alfonza McKeever Jr found numerous instances we identified , because of the undue influence on appraiser, values were increased without supporting documentation".

15. Alfonza Mckeever and OTS investigation also concluded that BB&T included a plethora was not in compliance with the Uniform Standard of Professional Appraisal Practices and other minimum appraisal standards.

16.                                    H. The Statue of Limitations

" Injury discovery" is a default method of statue of limitations accrual in many federal action , including RICO . See Pacific Harbor Capital, Inc. v. Barnett Bank, N.A.., 252F.3d 1246 (11th Cir.2001) (citing Rotella v. Wood, 528 U.S.549 (2000):

17.The Statue of Limitation. We assume , without needing to decide , that the statue of Limitation
period starts from the date of discovery of the injury. Under the injury discovery rule , unless tolled , the statute of limitation under RICO s Four years from the date the Plaintiff knew of it injuryit ws injured , Rotella, 528 U.S549,552-53,120 S.Ct. 1075,145 L.Ed.
d 1047 (2000)

18.Under the injury discovery rule, an action accrues on the earlier of the date on which the actionable injury in fact is discovered or should or should have be discovered by exercise of reasonable diligence . The Actual date triggers the period of limitation, which ia four years from the date the·Plaintiff knew he was injured. in others words , the Statue of limitation is suspended or "tolled " until the plaintiff knows that he or she has an actionable injury in th fact and then has four years file suit

19.Plaintiff actionable injury in fact accrued on may 24, 2018 discovery of injury though Plaintiff exercise of reasonable diligent, This suit is timely filed within the four years statue of limitations starting from the date the Plaintiff knew in fact he was injured.

I. The basis of Alleged Liability

20.defendant alse representation are the actual and proximate cause of damage to plaintiff.

21.The United States Court of Appeal for the Six Circuit explains plaintiff theory of damages in the case In re Sallee, 286f.2863dd 8786th Cir.2002, as follows:

in Kentucky , when a party is induced by a fraudulent misrepresentation to enter into contract, that party must elect to either: (1) " affirm the contact and discover damages in tort for fraud ;

4.

(2) affirm the contract and recover the consideration with which he has parted "H.C> Hanson v. Am National Bank & Trust Co. 865 S.W2d 302, 306 (ky.1993)- The Election required is between the available remedies--affirm the contract and claiming or rescinding the Contract. Sandford Constr,co. v. S & H

22. Contractors, Inc, 443 S.W.2d 227,236 (ky.1969

23. Under the Kentucky law , as found by the majority, the Sallees may recover the difference between the value of the property as its was fraudulently represented and the actual value of the subject property .Dempsey v. Marshall

24.Rescission of contract is not a meaningful remedy in the context of Defendant predatory scheme of inducing Plaintiff to sign a promissory note and a mortgage exceeding the value of the subject property. Plaintiff therefore elects to affirm these Contracts and recover damages in tort for fraud.

25.Accordingly, Plaintiff seeks to recover the difference between the value of he subject Property as it was fraudulently represented and actual value of the property at the time of the signing of the loan and mortgage contract

26. Defendant Represented the value of the subject  Property at the time f the of the  subject of the loan and mortgage documents a BB&T Company  Successor LSCG
EXHIBIT

27. Property appraiser for  DEKALB COUNTY assessed the value of subject property during the year
April 30 , 2008 ,DEKALB County TAX Appraisal
EXHIBIT

25. The DEKALB county appraisal of the value of the subject Property a Public legal appraisal reflecting  the government position on the actual fair market value of the a property the particular year at issue , upon which the county property taxes are accessed . The Government assessment of the value
the property is consist with 110 tear mean for housing prices as adjusted for inflation of the currency

5.

29. Defendant representation of the value of the subject property is inflated egregiously above the amount of the county appraisal

30. The difference between the two is the difference $ 230,000.00.

31. The actual damage in the amount of   $690,000.00 RICO to RICO damages.

32. The mortgage loan is called the benefit of the bargain " which must repaid when the affirming the contract and claiming the damages for fraud in inducement.

33. The balance of the loan is set off from the RICO damages, and credited to any existing mortgage loan balance.

34. The loan of the Plaintiff was $ 490,000.00

35. BB&T appraisal wrong induced Appraisal of $ 720,000.00.

36. Defendant is liable for Plaintiff in the amount RICO $720, 000.00 minus $490,000.00 together with the satisfaction of mortgage damage minus set-off against loan balance of $230,000.00together with reason able terms for Plaintiff to entitled recoupment and quick claim Deed to the Plaintiff to remain the land owner because Plaintiff was induced from upon the court

J.

37. BB&T and LSCG FUND 19 LLC Fraud and ALL OTHER Violation

A. False Notarization

B. Forge Signatures

C.Assignment Record After Notice of Default

D. servicer illegally named beneficiary

E. impossible Beneficiary named

F. Question attorney of Fact Designation

G.Questionable agency designation

H. Missing false Beneficiary or forged substitution

I. used Defunct Lenders

J. MERS Receiving / assignment value without Authority

K Violation of OCC Cease & desist Order

I.Contempt of Court on Consent judgment

REQUESTST FOR RELIEF: To Quick Claim Deed property of 2035 South Hairston Road Stone Mountain GA 30088 to Plaintiff and/or award 3 times the damage to Plaintiff committed by Defendants under RICO mortgage racketeering. *AUTOMATIC STAY SALE OF property @ 2035 South HAIRSTON Road   6. DECATUR Georgia 30088*

REQUEST FOR RELIEF

Wherefore , Plaintiff demand judgment against the Defendant for actual , consequential, and potential Damages, together with discharge of the lis pendens; reverse foreclosure quick Deed to the plaintiff   satisfaction of the mortgage ; cancellation of the note attorney, attorney fee's pursuant to the mortgage on documents based on reciprocity of contract  , Common Law Fraud and Georgia statue , and UCC Law , Commercial contract LAW , Violation of validating the loan , mortgage , NOTE . Security Deed, including sanction for raising unsupported Claims and Proof Claim without a bond  or defenses , and damages for delay in litigation, repair of any and damage to Plaitiff Credit History ; interest; cost; and such other relief the court deems just and proper, further. Plaintiff demands trial by jury on all issues so triable by Law.


Respectfully submit to the court on May 1 2018
J


Alfonza McKeever Jr                         Alfonza Mckeever Jr "Living Man "

4020 Berry Hil Trail                         Pro Se

Stone Mountain Ga 30083

4049342277                                  Notery    5/1/18

                                            Exp · 12/01/20


Stanley Karl Dent
NOTARY PUBLIC
Fulton County, GEORGIA
My Comm. Expires 12/01/2020

5/1/2018

Exhibit (A)

---

@dekalbcountyga.gov>                                    Tue, May 1, 2018 at 1:12 PM

2035 S HAIRSTON RD

| Tax Year | Class | Land | Building | Total |
|----------|-------|------|----------|-------|
| 2017 | C3 | | | |
| 2016 | C3 | | | |
| 2015 | C3 | | | |
| 2014 | | | | |
| 2013 | C3 | | | |
| 2012 | C3 | | | |
| 2011 | C3 | | | |
| | C3 | | | |
| 2009 | C3 | | | |
| 2008 | C3 | 191,500 | 68,900 | 260,400 |
| 2007 | C3 | 191,500 | 68,900 | 260,400 |

CERTIFICATE OF SERVICE

This is to certify that i have this __/__ day of _MAY_ ,2018 served the following in the foregoing matter with a copy of this Notice of Verified Complaint by depositing same in the U.S. Mail in a properly addressed envelope with adequate postage thereon addressed to:

Branch Banking and Trust Company
6475 SUGARLOAF PKWY
DULUTH GA 30097-4092

BB&T Servicing Agent
CT Corporation Systems
1201 Peachtree Street NE
Atlanta GA 30361

LSCG FUND 19, LLC
Corporation Servicing Company
40 Technology Pkwy South Suite 300
Norcross GA 30092

LSCG FUND 19 ,LLC 13471540
13949 Ventura Blvd Suite 300
Sherman Oaks California 91423

This the __/__ day of _MAY_ ,2018

Alfonza McKeever Jr Living Man
Pro Se

4020 Berry Hill Trail
Stone Mountain GA 30083
404 934 2277

Point-of-Sale Payments                                    Page 1 of 1



NIC Services, LLC

# Your Receipt

PURCHASE RECEIPT

**DeKalb Clerk of Superior Court**
**Accounting**
556 N. McDonough Street
Decatur, GA 30030
(404)371-2836
OTC Local Ref ID: 24858498
5/2/2018 05:10 PM

| | |
|---|---|
| Status: | **APPROVED** |
| Customer Name: | MCKEEVER/ ALFONZA |
| Type: | Visa |
| Credit Card Number: | **** **** **** 6679 |

**NICServices total amount charged**          USD$243.76

| | Items | Location | Quantity | TPE Order ID | Total Amount |
|---|---|---|---|---|---|
| General Civil | | Accounting | 1 | 27732690 | $214.00 |
| Case Number: **Env#2472062** | | | | | |
| Additional Party (Plaintiff Defendant) | | Accounting | 3 | 27732690 | $24.00 |
| Case Number: **Env#2472062** | | | | | |
| Service Fee | | Accounting | 1 | 27732692 | $5.76 |
| Amount Remitted | | | | | $243.76 |

Signature

RECORDING REQUESTED BY                    )

                                          )                    RECEIVED

                                          )        2018 MAY -2  PH 4:34
AND WHEN RECORDED MAIL TO:                )

NAME                                      )

STREET                                    )

ADDRESS                                   )

CITY,STATE &                              )

ZIP CODE                                  )
_____

                           SPACE ABOVE THIS LINE FOR

                           RECORDER'S USE ONLY


## MECHANIC'S LIEN

### O.C.G.A. § 44-14-360 et. Seq.

     The undersigned, Alfonza McKeever Jr referred to in this claim of
lien as claimant, claims a mechanic's lien for the labor,
services, equipment and/or materials described below, furnished
for a work of improvement upon that certain real property
located in the county of  DEKALB , State of Georgia, and
described as follows: Street Address:  DEKALB 2035 South Hairston Road
Stone Mountain GA 30088       ( See attached Exhibit A ,Legal
description of the property)

     **This claim of lien expires and is void 395 days from the date**

**of filing of the claim of lien if no notice of commencement of lien**

**action is filed in that time period. (pursuant to O.C.G.A. 44-14-367.**

     After deducting all just credits and offsets, the sum of
 $ 490,000.00,    together with the interest thereon at the rate of 3
percent per annum from  August 18,2013    is due claimant for the
works described in the attached exhibit B.

The name of the person or company by whom claimant was employed, or to whom claimant furnished labor, services, equipment and/or materials is Alfonza McKeever Jr "Living Man", and/or The Kennedi Associates Inc.

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:

~~Alfonza McKeever, 4020 Berry Hill Trail, Stone Mountain, GA, 300083~~ LSCG FUND 19-1, LLC 2035 South Hairston Road Stone Mountain Georgia 30088

Delores Ellis (probated) 4020 Berry Trail Stone mountain GA 30083 LSCG FUND 19, LLC 2035 South Hairston Road Stone Mountain Georgia 30088

The Kennedi Associates Inc 4020 Berry Hill Trail Stone Mountain GA 30083 13949 Ventura Blvd suite 300 Sherman Oaks, California   91423

Name of Claimant Alfonza McKeever Jr

By _____

(Signature of Claimant )

WITNESS Valencia _____

NOTARY _____

EXP DATE  12/01/20

**Stanley Karl Dent**
**NOTARY PUBLIC**
**Fulton County, GEORGIA**
**My Comm. Expires 12/01/2020**

## VERIFICATION

I, the undersigned, state that I am Alfonza McKeever Jr the claimant named in the foregoing claim of mechanics' lien; I am authorized to make this verification and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of Georgia that the foregoing is true and correct.

Executed on ___August 21,2013___ , at ___2035 Hairston Road Stone Mountain GA 30088___

NOTARY        5/1/18

EXP. DATE

**Stanley Karl Dent**
**NOTARY PUBLIC**
**Fulton County, GEORGIA**
**My Comm. Expires 12/01/2020**

Alfonza McKeever Jr "Living Man"

WITNESS   Valencia Sims

## EXHIBIT A

Property Description 2035 South Hairston Road Stone Mountain Georgia 30088 commercial

building 2 story Brick , Metal and Wood 2.0 acres

DEED BOOK 21991 Ps 98
Linda Carter
Clerk of Superior Court
DeKalb County, Georgia

## EXHIBIT A

### Legal Description

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 161 of the 15th District of DeKalb County, Georgia, being more particularly described as follows:

To find the TRUE POINT OF BEGINNING, begin at an iron pin placed on the western right-of-way of South Hairston Road (right-of-way varies) a distance of 131.79 feet northerly as measured along said right-of-way line from the easternmost point of the mitre line at the intersection of the western right-of-way line of South Hairston Road and the northeastern right-of-way of Covington Highway (a/k/a U.S. Highway 278 and State Route Number 12 – right-of-way varies); thence along the western right-of-way line of South Hairston Road North 14 degrees 07 minutes 04 seconds East a distance of 144.86 feet to a concrete monument; thence continuing along the western right-of-way line of South Hairston Road North 20 degrees 12 minutes 12 seconds East a distance of 99.24 feet to a concrete monument found; thence continuing northwesterly along the western right-of-way line of South Hairston an arc distance of 204.90 feet to a concrete monument found (said arc being subtended by a chord having a bearing of North 05 degrees 11 minutes 35 seconds East and a distance of 204.13 feet); thence continuing along said right-of-way line North 03 degrees 25 minutes 32 seconds West a distance of 43.34 feet to a point; thence leaving said right-of-way and running North 75 degrees 59 minutes 35 seconds West a distance of 256.97 feet to a point; running thence North 14 degrees 24 minutes 40 seconds East a distance of 50.0 feet to a point; running thence North 75 degrees 59 minutes 35 seconds West a distance of 124.95 feet to a point and the TRUE POINT OF BEGINNING of the tract herein described, said TRUE POINT OF BEGINNING also being the northwestern corner of the land described in and conveyed by Special Warranty Deed recorded in Deed Book 9649, Page 568, Records of DeKalb County, Georgia; from the TRUE POINT OF BEGINNING as thus established, running thence South 00 degrees 48 minutes 24 seconds West along the western boundary line of the land described in the aforesaid deed, a distance of 206.83 feet to a point; running thence North 74 degrees 09 minutes 23 seconds West a distance of 92.00 feet to a point; running thence North 00 degrees 48 minutes 24 seconds East a distance of 206.83 feet to an iron pin found; running thence South 75 degrees 59 minutes 35 seconds East a distance of 100.0 feet to a point and the TRUE POINT OF BEGINNING.

-3-

2642659v1

EXHIBIT B

SEE ATTACHED SUMMARY OF INVESTMENTS (Descriptin of laor,

service, equiptment and / or material;

## SUMMARY OF INVESTMENTS
### 2035 South Hairston Road  Stone Mountain GA  30088

| Owner Investor Al Mckeever Bldg Ivst Remarks | Orig Cost Improves | Cost of Date | Improvement Total Investm |
|---|---|---|---|
| 1. Wooded Lot  removed and  developed | 40,000 | | 40,000 |
| 2. Concrete paving | 50,000 | | 50,000 |
| 3. plumbing | 30,000 | | 30,000 |
| 4. Gas Pipe & Installed | 15,000 | | 15,000 |
| 5 .  Electrical and parking Lights | 60,000 | | 60,000 |

Alfonza Mckeever Paid  195,000 develop Land  building

building developed and paid forl before receiving loan

---

6. Construction  Build Bldg   BB&T LSCG FUND 19 LLC    490,000        490,000
   interior &  exterior included renovation BB&T induced Appraisal
on act Fault of" fraud in the inducment" inflated appraisal ,, Federal Civil RICO Statues