UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALFONZA MCKEEVER, JR. "Living Man", Secured Party, Alfonza McKeever Jr., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LSCG FUND 19, LLC, et al.,<br>Defendants. | CIVIL ACTION FILE<br><br>NO.  1:18-CV-2734-TWT |

**J U D G M E N T**

This action having come before the court, Honorable THOMAS W. THRASH, JR., Chief United States District Judge, for consideration of LSCG Fund 19, LLC and LSCG Fund 19-1, LLC's Motion to Dismiss for Failure to State a Claim, and the Court having GRANTED said motion, it is

**Ordered** that judgment is entered in favor of defendants against plaintiffs and this action is hereby **DISMISSED**.

Dated at Atlanta, Georgia, this 23rd day of July, 2018.

JAMES N. HATTEN
CLERK OF COURT and
DISTRICT COURT EXECUTIVE

By:  s/Jennifer Lee
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 23, 2018
JAMES N. HATTEN
Clerk of Court
By:    s/Jennifer Lee
         Deputy Clerk